[No. 45497-8-I.    Division One.    May 30, 2000.]

JONATHAN VON GIESEKE, *Appellant*, v. SHARON H. DALE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-01276-3, R. Joseph Wesley, J., entered September 13, 1999. *Affirmed* by unpublished per curiam opinion.